# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) | No. 05-03142-01-CR-S-DW |
| v. ) )<br>THOMAS E. BROOKS, )<br>)<br>Defendant. ) | |

# ORDER

Before the Court is Magistrate Judge James C. England's Report and Recommendation (Doc. 67) to deny Defendant Thomas E. Brooks's motion to suppress (Doc. 49). Brooks objects to the Report and Recommendation (Doc. 70). After an independent review of the transcript of the evidentiary hearing, the applicable law, and the parties' arguments, the Court ADOPTS the Magistrate's proposed findings of fact and conclusions of law. Accordingly, the Court ORDERS that the Magistrate's Report and Recommendation be attached to and made a part of this Order and DENIES Brooks's motion to suppress (Doc. 49).

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: January 11, 2007